IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYLER JOHNSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12–515 |
| TEMPLE UNIVERSITY – | : | |
| OF THE COMMONWEALTH SYSTEM | : | |
| OF HIGHER EDUCATION, ET AL. | : | |

## ORDER

**AND NOW**, this ___19th___ day of ___September___, 2013, upon consideration of

Defendants Temple University – Of the Commonwealth System of Higher Education and

Professor Richard Greenstein's Motion for Summary Judgment (ECF No. 19), and all papers

submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is

**GRANTED**, and judgement is entered in favor of Defendants.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**