IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER JOHNSON : | |
| : | CIVIL ACTION |
| v.   : | |
| : | NO. 12-515 |
| TEMPLE UNIVERSITY – : | |
| OF THE COMMONWEALTH SYSTEM : | |
| OF HIGHER EDUCATION, ET AL. : | |

**O R D E R**

**AND NOW**, this  17th  day of   July  , 2014, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 27), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**