# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4046

Tyler Johnson v. Temple University of the Commo, et al

(Originating Court No. 2-12-cv-00515)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 12, 2014

Michael J. Fortunato, Esq.
Edward J. Heffernan, Esq.
Ilene B. Young, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.